# UNITED STATES DISTRICT COURT
для the
District of Montana

**FILED**
AUG - 4 2017
Clerk, U.S. District Court
District Of Montana
Billings

United States of America )
v. )
DAVID JOSEPH SANDERS )
) Case No: CR 12-57-BLG-SPW-01
) USM No: 11858-046
)
Date of Original Judgment: 03/14/2013 )
Date of Previous Amended Judgment: ) Lisa Bazant
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/14/2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  08/04/2017

*Susan P. Watters*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Susan P. Watters, United States District Judge
*Printed name and title*